UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    CRIM NO. 3:14CR160(JBA)

     v.

SHEENA DUME                                 February 25, 2016

**<u>GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING</u>**

As the presentence report summarized, defendant Sheena Dume "worked with Wellington Brown to recruit several minors, who ultimately worked for Ms. Dume and Mr. Brown in prostitution." A significant term of imprisonment is warranted to reflect the damage done to the minor victims in this case and to send a message to others that sex trafficking—especially the sex trafficking of minors—will never be tolerated in this society.

## I.  <u>INTRODUCTION</u>

On July 22, 2014, a federal grand jury returned a six-count indictment charging Dume and co-defendant Wellington Brown with the following six offenses:

- Count One – conspiracy to commit sex trafficking of a minor, in violation of 18 U.S.C. § 1594(c);

- Count Two – sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c) and 18 U.S.C. § 2, as to Minor Victim 1 ("MV-1");

- Count Three – sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c) and 18 U.S.C. § 2, as to Minor Victim 2 ("MV-2");

- Count Four – sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c) and 18 U.S.C. § 2, as to Minor Victim 3 ("MV-3");

- Count Five – sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c) and 18 U.S.C. § 2, as to Minor Victim 4 ("MV-4"); and

- Count Six – sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c) and 18 U.S.C. § 2, as to Minor Victim 5 ("MV-5").

Law enforcement officers arrested Brown and Dume shortly after midnight on July 30, 2014 in the parking lot of an Extended Stay Hotel in Glen Burnie, Maryland. Officers did not arrest the two young women in their company.

Following proceedings before United States Magistrate Judge Gallagher in the District of Maryland on July 30, 2014, the United States Marshals Service transported Brown and Dume to the District of Connecticut. Following appearances and arraignments before United States Magistrate Judge Margolis in the District of Connecticut in August 2014, Brown and Dume have remained detained.

On February 18, 2015, before this Court, Dume pleaded guilty to the six counts charged against her in the indictment. The written plea agreement anticipated a guideline range of 210-262 months of imprisonment and included an appeal waiver set at "262 months of imprisonment, a life term of supervised release, a $600 special assessment, a $200,000 fine, and restitution in an amount to be determined by the sentencing Court." Dume's sentencing is scheduled for March 8, 2016 at 3:00 p.m.

On March 26, 2015, also before this Court, Brown pleaded guilty to the six counts charged against him in the indictment. The written plea agreement anticipated a guideline range of 262-327 months of imprisonment and included an appeal waiver set at "327 months of imprisonment, a life term of supervised release, a $600 special assessment, a $250,000 fine, and restitution in an amount to be determined by the sentencing Court." On February 16, 2016, the Court sentenced Brown to 126 months of imprisonment, ten years of supervised release, a $600 special assessment, and restitution of $18,750. The Court did not impose a fine.

## II.   DUME'S OFFENSE CONDUCT

The presentence report provides a detailed description of Dume's offense conduct and it is recounted again here. The following narrative summarizes information provided by the five minor victims and other individuals as well as information obtained from hotel records, the execution of federal search warrants on electronic devices, and other sources.

### A.  The five minor victims

MV-1 is now 17 years old and is a life-long resident of Stratford, Connecticut.

MV-2 is now 18 years old, also a life-long resident of Stratford, Connecticut, and the sister of MV-1.

MV-3 is now 18 years old. Her family moved to Stratford, Connecticut when she was approximately twelve years old. At that point, MV-3 befriended MV-2 and later MV-1.

MV-4 is now 17 years old. Since the age of 15, she generally has been in the custody of the Connecticut Department of Children and Families ("DCF"). She met MV-1 in elementary school and they became close friends in middle school.

MV-5 is now 19 years old. She spent the better part of her life in the Bridgeport area and, from the age of 11 until she turned 18, she generally was in DCF custody. She did not know MV-1, MV-2, MV-3, or MV-4 prior to July 2013.

### B.  Brown and Dume recruit MV-1 and MV-3

On approximately June 2, 2013, Brown and Dume recruited MV-1 and MV-3 to work as prostitutes.

On that date, MV-1 was planning to visit MV-4 in Norwalk, where MV-4 was living in a DCF foster home. MV-1 was walking to the train station in Stratford while talking to MV-4 on the phone. During that walk, Brown pulled up alongside MV-1 in a silver Infiniti SUV and

started trying to talk to MV-1. MV-1 ignored Brown and continued to talk to MV-4 on the phone. Once MV-1 arrived at the train station, she sat down on a bench outside the station. Brown again approached MV-1 and tried to talk to her. He told her she was pretty, that he wanted to talk, and that she should come sit in his car because it was hot outside. MV-1 relented and got in the car.

Once in the car, Brown introduced himself as "Jamal." (Brown used the aliases "Jamal" and "Rome," among others.) MV-1 introduced herself using a fictitious name. MV-1 (falsely) gave her age as 17 and (falsely) told Brown that she would turn 18 on August 14, 2013. Brown complimented MV-1, told her she was pretty, and asked if she had a boyfriend. When MV-1 said no, Brown said she could be his girlfriend and that he would spoil her. Brown bragged about how much money he had – he told MV-1 that he also had a Porsche truck, he showed MV-1 a large roll of cash, and MV-1 observed that Brown was wearing gold jewelry and a Michael Kors watch. MV-1 asked Brown to buy her train ticket and Brown peeled a $20 bill off of a roll of cash for her train ticket. MV-1 got out of the car, bought her train ticket, and then got back in.

MV-1 asked Brown if he was a drug dealer and he explained that he had a modeling business. He explained that he had girls that model and some who do other things as well, like dancing. MV-1 understood "dancing" to mean stripping and equated "modeling" to prostitution. Brown did not have a portfolio or business cards.

MV-1 expressed interest in working for Brown and mentioned that her friend (MV-3) might be willing to do it as well. MV-1 called MV-3, told her that they "hit the jackpot," and that MV-3 should meet her at MV-1's house. MV-1 then drove with Brown to MV-1's house, where they picked up MV-3. MV-1 explained to MV-3 that Brown would drive MV-1 to Norwalk (where she was headed to visit MV-4) and MV-3 to New York (where she was headed to visit a

family member). MV-3 got in the back seat, Brown again introduced himself as "Jamal," and MV-3 introduced herself by her middle name.

During the ride, Brown asked MV-1 and MV-3 how they made their money and they explained a little about the prostitution they had been involved in independently through so-called "sugar-daddy" websites. Brown said that he had a "main girl" named "Christina," later identified as Dume, who did that and said they could meet her. Brown called Dume and they went to pick her up from an apartment building in Bridgeport. While in the car, Dume explained that she "escorted," which MV-1 understood as a euphemism for prostitution. Dume explained that she had been stripping, but that she made far more money as an escort.

Brown wanted to make sure that MV-1 and MV-3 were serious about working for him. Brown explained that he had clients at the casino, he would take the girls to out-calls (an appointment in which the victim would go to a location designated by the customer), get hotel rooms for in-calls (where the customer would come to the victim), and provide security. They discussed a 50/50 split of the money. At some point they discussed whether MV-1 had any other friends who would work as prostitutes – Brown explained that MV-1 would get a cut of whatever her friends earned as prostitutes. MV-1 thought of three friends, including MV-4, but explained that two of the friends were gay. Brown responded that would be even better – they could do "two-girl specials." Brown also explained to MV-1 about "emancipation," that she could become free of her mother and not have to return home. He discussed the prospect of trips to Atlantic City and agreed with MV-1 that they also could go to Las Vegas – but only if they could get fake IDs. He explained that if the FBI ever stopped them, he could use the IDs to prove that he thought they were of age.

They ultimately arrived in Norwalk at the foster home where MV-4 was living. Brown handed $75 to MV-1, they exchanged phone numbers, and agreed to speak the next day. MV-3 and MV-1 got out of the car, MV-3 said hello to MV-4, and then MV-3 got back in the car with Brown and Dume. Brown drove MV-3 to New York. MV-1 stayed with MV-4. After 2-3 hours, MV-1 took a taxi to the train station and then took the train home. She spoke to MV-3 by phone during the train ride, and they discussed meeting up the next day and starting to work for Brown. MV-1 learned that MV-3 got $75 from Brown as well. MV-1 also spoke to her friends regarding their interest in working for Brown.

## C.  Brown tries to recruit MV-1's friends

The next day, MV-1, MV-2, and MV-1's friends went out to eat with Brown. During the ride to the restaurant (in Brown's white Porsche Cayenne) and at the restaurant, Brown discussed how the girls could make money. With the group, he discussed stripping, dancing, and serving at parties. With MV-1, he explicitly discussed prostitution. With MV-1, Brown explained in-calls and out-calls; said that the basic call would be penetration and that anything else would cost more; and said that "Christina" would rent the hotel rooms. MV-1 recalled that MV-3 (falsely) gave her age as 17 and that the other girls (falsely) told Brown they were 18.

Following the meal, they all drove to the Hampton Inn in Milford, where Brown met with "Big Ras" (identified as Dwight Airall, who is now deceased). Brown picked up money and marijuana from Airall because some of the girls had expressed an interest in smoking marijuana. Brown repeatedly asked the girls questions like: "Are you with it?" and "Are you gonna do it?" Brown spoke outside of the car with MV-1 for a few minutes, after which MV-1 got back in the Porsche and asked which of the girls wanted to "make money" with Brown. The girls were

6

aggravated about the length of time spent in the hotel parking lot, so, Brown dropped them off in Stratford.

### D.  MV-1 and MV-3 start working as prostitutes for Brown and Dume

Sometime shortly after Brown's attempt to recruit MV-1's other friends, Brown and Dume took MV-1 and MV-3 to a hotel. They were photographed separately. Brown and Dume provided guidance on how to pose for the pictures and what to wear.

Shortly after the day of the photo shoot, Brown and Dume picked up MV-1 and MV-3 for their first day of work as prostitutes (for Brown and Dume). Brown gave them additional instructions about what to do: make sure to have the customer touch them before taking money (he explained cops wouldn't touch them); Brown would call or text them when a customer was coming, what sex acts the customer wanted, and how much to charge; and once the call was over, they should come down to the parking lot to give Brown the money. They would communicate using MV-1's phone, because MV-3's phone was not working at the time. Dume told MV-1 and MV-3 that they should use condoms and she left the condoms in the hotel room. At that point, Dume and Brown left them alone, and took up their spots in Brown's Porsche, where Dume was on her laptop.

MV-1 received notice from Brown shortly afterwards that a client would be coming up for a "two-girl special." They did the "call" (i.e., had sex with the customer) and brought the money down to Brown in the parking lot. They each did about two more calls during the remainder of the night. At the end of the night, Brown gave them about $200 each and drove them both home.

That began a period during which MV-1 worked for Brown regularly, every day for some stretches. MV-3 joined her on many of those occasions, but MV-3 missed some days to visit her boyfriend in New York.

### E.  MV-2 starts working as a prostitute for Brown and Dume

Approximately one week after MV-1 and MV-3 started working as prostitutes for Brown and Dume, MV-2 started working too. As with MV-1 and MV-3, MV-2 initially posed for photographs. During the photo shoot, Dume took the pictures and Brown tried to provide guidance on how to take the photographs and what to wear in the photographs. When Dume and MV-2 first met, Dume explained that she was a working girl and made about $2,000 per week.

Prior to her first call, Dume told MV-2 certain rules to follow: "be nice, be personable." Brown also told MV-2 certain rules: "don't take the money upfront, just establish to the client you're there for fun and then get your money." The customer pays for one climax or 30 minutes, whichever is first. MV-2 had to use condoms (supplied by Brown and Dume). Brown or Dume told MV-2 the rates for each call. Those rates varied by time, location, number of girls, and sex act requested by the customer. As a baseline, the rates typically were $120 for 30 minutes or $160 for 60 minutes.

During the approximately six-week period in which MV-2 worked as a prostitute for Brown and Dume, MV-2 set her own schedule. When she was ready to work, MV-2 contacted Brown directly or asked MV-1 to contact Brown on her behalf. Then, either Brown or Dume picked her up and drove her to the relevant hotel. In July, MV-2's mother kicked MV-2 and MV-1 out of their home. During that time, MV-2 and MV-1 stayed full-time at the hotels.

### F.  MV-4 briefly works as a prostitute for Brown and Dume

Sometime in June 2013, MV-1 confided in MV-4 that MV-1 was working as a prostitute for Brown. MV-1 explained that Brown was the pimp and Dume was the "boss bitch." Brown took care of the money and had the clients. Dume drove the prostitutes, picked them up, and did other tasks.

Later that month, MV-4 ran away from her foster home and went to MV-1's home. MV-1 wanted MV-4 to accompany her somewhere. Dume picked them up in the white Porsche and they ran a number of errands. MV-4 noticed a lot of condoms in the car. MV-1 then asked MV-4 for a favor, to "do a client" with MV-1. At this time, MV-4 was not sober; she had used pills, smoked marijuana, and consumed alcohol. When Dume, MV-1, and MV-4 arrived at the hotel, but were still in the car, MV-1 told MV-4 that Brown would not let them go home until MV-4 sold herself. That was around 11:00 p.m. At that point, only MV-1, MV-4, and Dume were in the car. But Brown then entered the Porsche. He tried to persuade MV-4 to engage in prostitution. MV-4 ended up having sex with a prostitution customer that night in a hotel room. MV-4 saw only one customer and she did it with MV-1 in a "two-girl special." After that customer, MV-4 got upset and refused to do it anymore. So, MV-4 waited in the bathroom until around 3:00 a.m., when MV-1 finished seeing other customers. MV-1 then called Brown, who came to pick up the money. Dume then drove MV-1 and MV-4 back to MV-1's home in the Porsche.

That very night, MV-1 told Brown that MV-4 was 15 years old. MV-4 confirmed for Brown that she was 15 years old. Brown seemed "like he really didn't care."

Also that night, MV-4 saw another girl working as a prostitute for Brown. MV-4 described her as white, about 5'3" tall, and very pretty. The other girl was arguing with Brown. MV-1 told MV-4 the argument was based on Brown's concern that the other girl would attract

9

attention by walking in and out of the hotel parking lot. MV-4 also saw MV-2 at the hotel. MV-1 confirmed to MV-4 that both MV-2 and MV-3 were working as prostitutes for Brown and Dume.

MV-1 also told MV-4 about her arrangements with Brown. A prostitute would start off with Brown's "low" clients. MV-1 seemed to be moving into Dume's role as the prostitute who would see "high" clients. At that time, Dume was not having sex with customers anymore. Dume instead was working as the "boss bitch," she "basically took care of the gas, making sure the car was cleaned, the girls had [] clothes." MV-4 understood that Brown set the rates and collected the money. Dume answered calls from prostitution customers to arrange the "dates." MV-4 was present when Dume answered such a call. At the time, MV-4 did not know that Dume and Brown used internet ads, but she later saw ads with her picture. She believes that Dume posted the ads because Dume took pictures of MV-4 before MV-4 had sex with the one client.

### G.  Dume and MV-2 recruit MV-5

In July, Dume and MV-2 were driving in the Porsche. They observed MV-5, pulled over, and talked to her about modeling. Specifically, Dume told MV-5 that Dume was part of a modeling business and that it would be a good opportunity for MV-5. MV-5 seemed interested. A short time later, MV-5 sent pictures of herself to Dume.

After an unsuccessful attempt to meet, Dume picked up MV-5 in the Porsche. They travelled to the Stratford Hotel and Conference Center. A room was rented and when they entered, Brown was already there. Brown and Dume explained to MV-5 that if she wanted to be in the modeling business, she first would have to sleep with men to make money to build her portfolio. They explained that they would post MV-5 on a website and that calls would come in from men who wanted to have sex with her for money. Once she had earned enough money, then she would be able to model. They never told her specifically how much she needed. MV-5 was

supposed to hand the money over to Dume, who would give it to Brown, who would hold it for MV-5. Brown then took pictures of MV-5 with his iPhone. He instructed her on how to pose and what to wear.

After this meeting at the hotel, MV-5, Dume, and Brown went to the Porsche, where there were three other girls already inside (including MV-2 and MV-1). Brown bought a meal for all of the girls. Then they discussed a trip to Atlantic City for prostitution to get more money for modeling.

After the meal, they all drove to the Quality Suites. Brown took MV-5 into the lobby, where they rented a room under the name Ashley Chestnut, using an ID that MV-5 obtained from her foster mother's daughter. Brown provided the money for the room. Brown brought MV-5 to the room and left her there. At some point, she received a call or a text from Dume telling her that there was a client coming. Dume instructed MV-5 to ask the customer whether he was a police officer and to tell him to take out his penis (on the theory that a police officer would not comply). MV-5 was to collect the money, have sex with the man, and then tell Dume to pick up the money. When the customer came to the door, MV-5 followed these instructions and had sex with the customer in exchange for money. She continued to see prostitution customers that evening. At some point, the other girls came to the room and saw customers as well. When Dume called or texted, she would alert the girls which one of them was to see the customer. MV-5 recalls seeing more than ten customers on that first night. MV-5's prostitution then continued the next day.

This began a period where MV-5 worked daily for Brown and Dume. Brown showed up periodically to check on things and mentioned that he had girls in other places as well. MV-5 recalled telling Brown and Dume her true age (she then was 17).

MV-5 had sex with Brown on approximately two occasions. At Brown's request, MV-5 sent him photographs of herself nude or scantily clad. Brown also provided MV-5 with marijuana every day.

From time to time, MV-5 challenged Brown on the prospect of real modeling work. Brown always told her to be patient and that she just has to make more money. Brown also explained that he had other girls working for him in Florida who model and prostitute. MV-5 learned that the Porsche was in Dume's name, but that Brown paid for it. She was instructed that if she was ever confronted by the police, she should lie and say she does not know Brown or Dume.

### H.  The fight

In late July 2013, the minor victims were taking in-calls at the Stratford Hotel and Conference Center. MV-1 was in a room with MV-2, MV-3, and MV-5. They had been planning to take a trip to Atlantic City, but each girl needed to earn $1,500 in order to go. At some point, MV-1's then-boyfriend showed up with another male friend. MV-1's then-boyfriend thought MV-1 was dancing, but knew MV-3 was doing calls. He made a joke about MV-3 having sex with his friend's uncle for money. A fight between the boyfriend and MV-3 ensued, during which the hotel television was broken. The fight spilled out of the hotel room. Brown and Dume took MV-2, MV-3, and MV-5 to the Red Roof Inn, leaving MV-1 behind with her then-boyfriend and his friend.

MV-1 then contacted her "friend" from one of the "sugar-daddy" websites, J.B. J.B. picked up MV-1 at the Stratford Hotel and Conference Center, drove her to the Red Roof Inn to pick up her phone from MV-2, and then rented a room for her at the Howard Johnson in Milford. MV-1 stayed overnight at the Howard Johnson and the next day a different friend visited her

there. While at the Howard Johnson, MV-1 was seen by someone walking around in just a towel, and the police were called, which led to the arrival of MV-1's mother.

Specifically, on July 22, 2013, MV-1's mother met with officers of the Milford Police Department near the Howard Johnson. One of the officers observed MV-1 walking to the nearby Cumberland Farms gas station wearing only a towel. Officers escorted MV-1, her friend, and her mother to MV-1's room to retrieve MV-1's belongings. MV-1's mother accused MV-1 of "tricking." MV-1 denied prostituting at the Howard Johnson, but admitted she was prostituting at the Red Roof Inn. Her mother took MV-1 home and filed a missing person report for MV-2 the following day. As memorialized in a supplemental Milford Police report, MV-1's mother informed officers that MV-1 later stated that MV-1 had been working for a pimp named "Jamal" at the Stratford Hotel. MV-1's mother also relayed that her older daughter, MV-2, was prostituting for "Jamal" at the Red Roof Inn. MV-1 called Brown to tell him to bring MV-2 back – she said that she had given the police a description of his car and the license plate. Brown and Dume then brought MV-2 and MV-3 home.

### I.   The FBI's recovery of MV-5

On July 25, 2013, an FBI special agent acting in an undercover capacity placed a call to a number that had been located in several Backpage escort postings that appeared to involve minors. The agent left a message. A short time later, Dume called back and informed the agent that the prostitute was only doing out-calls, that he should get a hotel room, and then call back. The agent checked into a hotel room at the Hampton Inn in Milford and texted the name of the hotel to the phone number. The agent got a return text asking him to call the number, and then Dume asked the agent to text the address of the hotel, which he did. The agent set up in the room. MV-5 arrived there a short time later. When questioned by the agent and other law

enforcement officers, MV-5 admitted being 17 years old and said she had been told to get $220 from her client. She had a condom in her bra.

In the Hampton Inn parking lot, local law enforcement (working with the FBI) detained the minivan in which Dume had driven MV-5 to the Hampton Inn. The van was unregistered and bore an expired Alabama dealer transit plate. From outside the van, the agent observed a black iPhone, a purse, and a canvas bag. The van was impounded as an unregistered vehicle.

The agent spoke to Dume, who said that she worked as an exotic dancer at Mystique in Bridgeport. When the agent asked who Dume had driven to the hotel, Dume asked to speak to her lawyer.

Subsequently, a search warrant was obtained for the van, which had yet to be claimed from the impound lot. Among the items recovered from the van were the black iPhone, the high school ID of MV-5, the Ashley Chestnut ID, and a bag of condoms. The iPhone matched the description of Brown's iPhone, which was enclosed in a distinctive case. The iPhone was locked, but has since been unlocked by Apple, pursuant to a court order.

**J.  MV-5's phone**

At the time of her recovery, MV-5 provided consent to search her phone. It contained entries for "Jamal" (203-685-7987) and "Christan" (917-981-0497), which MV-5 explained is a misspelling of "Christina."

The phone reveals that MV-5's first contact with Dume occurred on July 14, 2013. On that date, at 3:41 p.m., MV-5 sent Dume the following text message: "Hey this is XXXXXX, the girl you seen I just didn't have my phone with me at the time."[1] Between 3:43 p.m. and 3:47

---

[1] The government has undertaken to provide the text messages verbatim (with typographical errors left intact), but has redacted the names of the minor victims by substituting XXXXX for the names.

p.m., MV-5 sent Dume four photographs of herself. At 3:47 p.m., MV-5 sent Dume the following text message: "Sorry if that was to much pictures." At 3:49 p.m., Dume responded: "No that's fine all your pictures are beautiful. Tell your friends to send me a picture." At 4:05 p.m., MV-5 responded: "Okay I thank you hey have been choosing some so you'll get it from them."

On July 15, 2013 at 10:01 a.m., MV-5 sent Dume the following text message: "Good Morning this girl from yesterday I just want to know if you had anymore info." At 11:19 a.m., Dume responded: "Hey what's up? I have all the information I need . I Sent my manager your pics he said you definitely have a lot of potential. He flying in today from Vegas. So we can probably set something up today . What's your schedule looking like ?"

Despite additional text messages exchanged on July 15, 2013, no meeting came to fruition on that date. On July 16, 2013 at 8:58 a.m., Dume sent MV-5 the following text message: "Hun idk if yesterday got crazy for I told my manager that your gonna meet with us at around 5 didn't hear from you you are u ok ….?" MV-5 then sent Dume her location and additional text messages to set up a "photo shoot" later that day. Dume did not respond until July 19, 2013 when she apologized for the delay. Dume explained that she was "out of town" and asked if MV-5 was "able to meet today."

On July 21, 2013, MV-5 wrote back: "I don't think I'm going be able to do the modeling or whatever this anymore I text you numerous of times and you respond days later." MV-5 continued: "I apologize for being unprepared by not calling you but idk even know what I'm getting out of this." Dume apologized for "the run around" and explained that she had been out of town "for a shoot." Dume assured MV-5 that she could "get money out of it" because MV-5

"has a nice body." They then made plans for Dume to pick up MV-5 to "get a portfolio done today so we can start making some money."

On July 22, 2013, a series of communications between MV-5 and Dume/Brown corroborate Brown's role as MV-5's pimp and Dume's role as the "bottom":

- On July 22, 2013 at 12:49 p.m., Dume sent the following text message to MV-5: "Call Jamal 2036857987 so he can bring you the money for the room."

- On July 22, 2013 at 12:51 p.m., Brown sent the following text message to MV-5: "Text me baby."

- On July 22, 2013 at 12:52 p.m., MV-5 sent the following text message to Brown: "Hey this is XXXXXX the lady said we have 30 mins intill we have leave after we told her we payed for it . . Christian told me call you."

- On July 22, 2013 at 2:45 p.m., Brown sent MV-5 the following text message: "I have some pic for u to take by 6 I should have all the info and a few 2 girls special I should be there in a hr the most."

- On July 22, 2013 at 2:56 p.m., Brown sent MV-5 the following text message: "I don't want u to leave I run the show as long as I want u here every1 got to love that"

- On July 22, 2013 at 2:59 p.m., MV-5 sent Brown the following text message: "Okay Ill like to stay I'm glad to hear that :) :) .. & the girls was asking for 4 Dutch and some food."

- On July 22, 2013 at 6:05 p.m., MV-5 sent the following text message to Brown: "I'm done."

- On July 22, 2013 at 6:06 p.m., Brown sent the following text message to MV-5: "Ok baby stay in the room and text me when he leaves."

- On July 22, 2013 at 6:07 p.m., MV-5 sent Brown the following text message: "He just lefted."

- On July 22, 2013 at 6:07 p.m., Brown sent MV-5 the following text message: "Ok be up in a little."

Later on July 22, 2013, MV-5 asked to go home, but Brown convinced her to keep working:

16

- On July 22, 2013 at 6:30 p.m., MV-5 sent Brown the following text message: "You think you could later take me home later?"

- After MV-5 clarified that she wanted to be dropped off at home, on July 22, 2013 at 7:01 p.m., Brown sent MV-5 the following text message: "I don't get what going on do u want me to turn down the rest of calls cause I'm loss to what's going on"

- On July 22, 2013 at 7:03 p.m., MV-5 sent Brown the following text message: "You do what you have do … You just told Christian coming I said ok if you want me stay so you can get your money ok I said ill wait intill you where finished with everything."

- On July 22, 2013 at 7:05 p.m., Brown sent MV-5 the following text message: "That's not even it I get a vibe like something is bugging u didn't we say we were gonna be straight up with each other?"

- On July 22, 2013 at 7:06 p.m., MV-5 sent Brown the following text message: "There nothing wrong .. just let me know when the ppl come"

MV-5 also expressed her desire to go home to Dume:

- On July 23, 2013 at 4:17 p.m., MV-5 sent Dume the following message: "I don't want do the photo shoot anymore I just wanna make enough money so I can go home since I"ve been with yall majority of the time where seating in a hotel . . where getting money but I honestly didn't sign up get money like this and I'm just getting annoyed because I thought I was modeling I'm basically doing the other thing more."

- On July 24, 2013 at 10:25 p.m., MV-5 sent Dume the following text message: "I still haven't seen Jamal , I think I'm just going to go home ." Dume responded at 10:25 p.m.: "Not yet ill set some calls up for you , how's the hotel?"

MV-5 worked with other girls, including MV-2 (who used the work name "Delicious") and MV-3 (who used the work name "Desire"):

- On July 22, 2013 at 9:05 p.m., MV-5 sent Brown the following text message: "The other girl need to talk you dersiera so she called from my phone"

- On July 23, 2013 at 1:51 p.m., MV-5 sent Brown the following text message: "I just paid for the room i gave dalsions the money pay for it and Christian said there a two girl special for $400 coming but my istmatie is $150 I have left just to let you know."

- On July 23, 2013 at 3:07 p.m., Brown sent MV-5 the following text message: "Ok give delicious the phone"

- On July 24, 2013 at 8 p.m., MV-5 sent Brown the following text message: "Ok great … but if delicious doesn't wanna come do you think you can bring the beats so I can go exercise?"

Based on her text messages, it appears that MV-5 saw at least six prostitution customers

on July 23, 2013:

- On July 23, 2013 at 12:46 a.m., Brown sent MV-5 the following text message: "Let me know when he's gone"

- On July 23, 2013 at 1:22 a.m., MV-5 sent Brown the following text message: "Okay he gone he picked me and he gave me $150"

- On July 23, 2013 at 1:45 a.m., MV-5 sent Brown the following text message: "Anymore customers?"

- On July 23, 2013 at 11:04 a.m., MV-5 sent Brown the following text message: "He got nervous and leftd said he forgot some money he was acting weird like nervous"

- On July 23, 2013 at 11:05 a.m., Brown sent MV-5 the following text message: "It's ok cause I got some1 outside for $180"

- On July 23, 2013 at 11:39 a.m., Brown sent MV-5 the following text message: "He's on his way up its 180 for the hr $150 for the half"

- On July 23, 2013 at 12:01 p.m., MV-5 sent Brown the following text message: "Okay he about leave he gave me $150"

- On July 23, 2013 at 12:05 p.m., Brown sent MV-5 the following text message: "I'm about pay the room and come up every body get ready"

- On July 23, 2013 at 12:05 p.m., Brown sent MV-5 the following text message: "So we can go on the road"

- On July 23, 2013 at 12:05 p.m., MV-5 sent Brown the following text message: "He lefted and Okay where ready :)"

- On July 23, 2013 at 2:01 p.m., MV-5 sent Brown the following text message: "So how much money do I keep for myself?"

- On July 23, 2013 at 2:15 p.m., Brown sent MV-5 the following text message: "Baby when you make 5000 will split the percentage Christina's writs downs all you call & the photo shot as well ."

- On July 23, 2013 at 2:19 p.m., MV-5 sent Brown the following text message: "Okay I'm not trying to be annoying I was just asking sorry .. but I have a question?"

- On July 23, 2013 at 2:34 p.m., Brown sent MV-5 the following text message: "Did the guy come in the room ?"

- On July 23, 2013 at 2:48 p.m., MV-5 sent Brown the following text message: "Yea he about leave now"

- On July 23, 2013 at 2:52 p.m., MV-5 sent Brown the following text message: "He lefted"

- On July 23, 2013 at 6:37 p.m., MV-5 sent Brown the following text message: "Yea he just lefted he gave me $100"

- On July 23, 2013 at 10:07 p.m., MV-5 sent Brown the following text message: "He gave me $100"

- On July 23, 2013 at 10:35 p.m. and 10:36 p.m., MV-5 sent Dume three photos of herself in lingerie on a hotel room bed.

- On July 23, 2013 at 11:18 p.m., MV-5 sent Brown the following text message: "He leaving now he gave me 240"

- On July 23, 2013 at 11:19 p.m., Brown sent MV-5 the following text message: "Ok that's fine , everybody wants to see you . Guess that's why other bitches hating lol"

On July 24, 2013, MV-5's text messages indicate that Brown supplied MV-5 with

marijuana and that he slept with MV-5:

- On July 24, 2013 at 8:25 p.m., MV-5 sent Brown the following text message: "Is delicious coming or no? .. I wanna smoke I haven't smoke all day :("

- On July 24, 2013 at 10:18 p.m., Brown sent MV-5 the following text message: "I can't get her phone I'm with the other girls on a call and i don't think I'm going to let u do any calls because I wanna just chill with u when I'm don[e working …]"

- On July 24, 2013 at 10:21 p.m., Brown sent MV-5 the following text message: "Ask Chris if she got anything line up if not just chill t.v and thi[nk about me]"

- On July 25, 2013 at 12:22 a.m., MV-5 sent Brown a nude picture of herself with the message: "Your boobs are waiting!"

On July 25, 2013 at 5:29 p.m., shortly after the FBI's recovery of MV-5, Dume sent MV-5 the following text message: "Call me it's very important"

**K.  The hotels**

The minor victims engaged in prostitution at the following hotels:

- The Red Roof Inn in Milford
- The Stratford Hotel and Conference Center (formerly the Ramada) in Stratford
- The Comfort Suites in Stratford
- Honeyspot Hotel in Stratford
- Quality Suites

According to the minor victims and records obtained from these hotels for the relevant time period, hotel rooms were rented by Dume, Kimberly Smith, Dwight Airall, and Ashley Chestnut (the identification used by MV-5). One hotel document includes the signature of MV-2 and another includes the signature of an alias used by MV-1.

**L.  The work names**

Brown and/or Dume assigned a work name to each of the girls:

- MV-1 was "Chocolate" or "Tracy"
- MV-2 was "Delicious"
- MV-3 was "Desire"
- MV-4 was "Jenna"
- MV-5 was "China"

Another girl worked as a prostitute for Brown and Dume under the name "Hazel."

**M.  H.H.**

The FBI interviewed H.H. in connection with this investigation. H.H. lives on Austin Street in Bridgeport. H.H. found a roommate named "Christina" (Dume) at Mystique Gentlemen's Club in Bridgeport, where she worked as a stripper. Dume lived with H.H. for a period of time and her "boyfriend" (Brown) lived there for a subset of that time. Among other phone numbers, H.H. provided 917-981-0497 as Dume's phone number. H.H. also provided

photographs of Brown's cars, including a white Porsche and a gray Infiniti. Finally, H.H. turned

over a laptop computer that Dume asked him to hold after she moved out of the apartment.

### N.  Backpage posts

The investigation has collected 59 different Backpage posts relevant to this case, either

because they contain pictures of one or more of the five minor victims, or because they are

associated with the same user account as the posts for the minor victims. The ads start on June 7,

2013 and run through July 23, 2013. They include pictures of four of the five minor victims

(MV-1, MV-2, MV-3, and MV-4), along with their respective work names. Regarding MV-5,

there are posts for "China" during the period in which MV-5 worked; however, the "China"

posts contain pictures of other females.

Some IP addresses were found for the Backpage posts, but others were not maintained by

their respective internet service providers. Among the places the IP addresses come back to are:

H.H.'s apartment, the Red Roof Inn in Milford, and the Stratford Hotel and Conference Center.

### O.  Phone records

The phone records obtained for three phone numbers believed to be used by Brown and

five phone numbers believed to be used by Dume reveal numerous contacts between them during

the relevant time period.

### P.  Brown's iPhone

The execution of a search warrant for Brown's iPhone, which was enclosed in a

distinctive case identified by the minor victims, further corroborated the above-described

evidence:

- It revealed numerous pictures of the minor victims in hotel rooms, either scantily clad or wearing no clothes at all. It also revealed contacts saved under "Worker XXXXXX" (referring to MV-5) and "XXXX Worker" (referring to MV-1).

- There are approximately 20 additional contacts that involve the names of girls and the word "Worker," indicating that—beyond the five minor victims—Brown had many more prostitutes working for him. This indication is corroborated by certain text messages with "Jackie."

- It confirmed that Brown provided marijuana to the minor victims.

- There is list of the expenses incurred and prostitution proceeds obtained on July 20, 2013.

- There are numerous photographs of piles of cash and luxury items (such as jewelry).

- In addition, several of the above-described Backpage posts are found on Brown's iPhone.

**Q. Brown and Dume learned the real ages of the minor victims**

If Brown and Dume did not realize the minor victims were underage based on their personal observations, there came a time when that realization struck. MV-1 accidentally stated to Dume that she was a freshman in high school. MV-5 never lied about her age (in July 2013, she was 17). In June, the minor victims still were attending high school (inconsistent with their cover story that they were in college, which would not have been in session at that time). And several of the minor victims requested fake IDs. After Dume learned their real ages, she did not want to work with the victims any longer because she was concerned about getting arrested. Brown insisted they continue to work with the minor victims and said that they would get fake IDs to give to the cops if they ever were caught.

**R. Brown and Dume's efforts to conceal the prostitution**

Following the fight and the July 22, 2013 recovery of MV-1 at the Howard Johnson, MV-1 and MV-2 stopped working for Brown. But that was not the end of their contact with him. MV-1 and MV-2 met with Brown (and either Dume or another one of "Jamal's girls" identified as Kimberly Smith) on several subsequent occasions. During these encounters, Brown asked whether the FBI had approached MV-1 or MV-2, and would give them some version of a story to tell if they were confronted by the authorities. In brief, they were to take the blame for the

prostitution, say that they had paid Brown for rides, and that Brown did not know what they were doing. He told them to tell the police that they had met Dume through escorting and that Dume introduced them to Brown. Brown also paid them each about $200 per occasion.

The first couple meetings were in the Stratford area, but eventually Brown had them meet him at the Riverside train station and he then drove them to "his" Jamaican restaurant in Westchester. Brown took back MV-1's iPhone. Brown also explained that they were all pawns of the "mob," that Big Ras (Dwight Airall) had been taken out by this mob, and that if anyone talked, the mob would kill them. He also said that as soon as MV-2 turned 18, the FBI would arrest her. Brown and Dume alternatively told MV-1 and MV-2 that they would all be able to resume the prostitution operation once the investigation blew over. At some point, the meetings were replaced and/or supplemented by Brown wiring money to MV-1 and MV-2 through various intermediaries.

### S.  The finances

Although the financial arrangement was supposed to be a 50/50 split with the minor victims, it did not work out that way. MV-1 reported taking home a total of $800 from working for Brown, but estimated that she took in about $10,000 in prostitution proceeds. MV-2 reported taking home around $400-$700, but estimated that she took in about $4,000 in prostitution proceeds. MV-3 reported taking home a total of about $800, but estimated that she, MV-1, and MV-2 generated a little less than $20,000 in prostitution proceeds. At one meeting after the FBI's recovery of MV-5, Brown claimed to MV-1 and MV-2 that MV-1, MV-2, and MV-3 collectively generated only $8,000 in prostitution proceeds.

The minor victims reported that Brown would give them money for specific purposes (e.g., MV-3's train tickets to New York) or buy them specific items (e.g., MV-1's iPhone).

Brown and Dume also covered the expenses of the prostitution operation, such as renting the hotel rooms, providing transportation and condoms, and buying food for the minor victims.

Later on, Brown decided he would put the minor victims on salary ($300 per weekend day and $200 per weekday), but even then the victims never collected the money owed to them because Brown instituted a system of fines. MV-1 provided an example of when she and MV-3 stole $1,500 from a "crackhead" customer; when the customer complained to Brown, Brown made them return the money and he fined them.

III.   **SENTENCING GUIDELINES**

The government concurs with the guideline calculation set forth in paragraphs 79-120 of the PSR. That calculation results in an undisputed guideline range of 210-262 months of imprisonment. Moreover, Dume is subject to a guideline range of supervised release of five years to life (and the policy statement set forth in U.S.S.G. § 5D1.2(b)(2) recommends a life term of supervised release); a fine range of $20,000 to $200,000; and a special assessment of $600 ($100 for each of the six counts of conviction).

IV.   **A SIGNIFICANT TERM OF IMPRISONMENT IS WARRANTED UNDER 18 U.S.C. § 3553(a)**

A.   Seriousness of the Offense, Respect for the Law, and Just Punishment

It is hard to fathom a deeper psychological victimization of a teenage girl than to be subjected to repeated sexual exploitation at the hands of strange men, day in and day out. Although two of the minor victims (MV-1 and MV-3) had engaged in prostitution prior to their involvement with Brown and Dume, the remaining three victims had never before traded sex for money.

Brown and Dume recruited these girls and kept them in the fold through manipulation. They identified each girl's vulnerabilities and then exploited them:

- **Money**. At the outset, with MV-1, Brown impressed her with his money, his jewelry, and his vehicles. He peeled a $20 bill off a roll of money to buy her train ticket and gave $75 to MV-1 and to MV-3 after their first encounter. He gave them each $200 after their first night working as prostitutes. He lured them in with the prospect of making significant amounts of money. Moreover, after the FBI's recovery of MV-5, Brown attempted to conceal the prostitution by making payments to MV-1 and MV-2 to stay silent (or, at least, to tell a false version of events that minimized Brown's role).

- **Instability**. Brown took a different tack with MV-5. Initially, Dume and MV-2 approached MV-5 with the fictitious prospect of modeling. Brown continued that fiction. For a girl with little stability in her life, she was particularly vulnerable to Brown's compliments and advances. Indeed, Brown had sex with MV-5 and he made her feel special. Brown and Dume relied on MV-5's instability in persuading her not to leave when she requested to go home on July 22, 2013 and on subsequent days.

- **Fear**. Despite her impaired state and Brown's efforts at persuasion, MV-4 resisted engaging in prostitution. MV-4 relented only after MV-1 conveyed that Brown would not provide MV-4 a ride until after she performed the "two-girl special." Moreover, after the FBI's recovery of MV-5, Brown attempted to conceal the prostitution by instilling fear in MV-1 and MV-2. He told them about the involvement of the mob, Big Ras's purported murder by that mob, and that MV-2 would be arrested by the FBI for her involvement in the prostitution as soon as she turned eighteen years old.

- **Drugs**. When he initially tried to recruit MV-1's friends, Brown obtained marijuana and supplied it to MV-2 and the other girls. He also kept MV-5 supplied with marijuana throughout her time working as a prostitute.

25

In short, Brown and Dume preyed on the vulnerabilities of five teenage girls.

Although Brown undoubtedly was the leader of the sex trafficking enterprise, Dume recruited MV-5 on Dume's own initiative and with the pretextual prospect of modeling. Moreover, Dume's role as the "bottom" was integral to the vitality of the prostitution ring. She was responsible for providing transportation, renting hotel rooms, posting backpage advertisements, coordinating calls with the prostitution customers, and a variety of other tasks.

Moreover, the sex trafficking enterprise is not limited to the five minor victims. It is beyond dispute that another young female (i.e., Jackie, who used the work name Hazel) worked as a prostitute for Brown and Dume. Moreover, (1) Brown boasted to MV-5 that he had other girls working for him, (2) his phone included approximately twenty contacts with the label "Worker" attached to female names (consistent with his contacts for MV-1 and MV-5), and (3) two young women accompanied Brown and Dume at the time of their July 30, 2014 arrest in a hotel parking lot.

Although the precise number of victims is not clear, it is clear that Dume's actions as the "bottom" reveal a blatant disrespect for the law and for the wellbeing of the minor victims. Dume articulated to Brown her concerns about the minority of the five identified victims, but then went along with his continued prostitution of the girls and his explanation that he would procure false identification for them. Indeed, the circumstances of the July 30, 2014 arrest indicate that Brown and Dume continued to direct the prostitution of other victims long after the July 25, 2013 recovery of MV-5.

Accordingly, a substantial term of imprisonment is necessary to (1) reflect the gravity (indeed, the depravity) of Dume's offense conduct, (2) promote her respect for the law, and (3) provide justice for the victims of her trafficking and society as a whole.

B.  Adequate Deterrence

General deterrence is an important goal in this context. As one authority put it in testimony before Congress:

> First and foremost—from the perspective of the criminal offender—the economic gain of child prostitution or trafficking greatly outweighs the risks. There is very low overhead in terms of cost for offenders, and the crime is rarely detected because it is difficult for law enforcement to identify minors engaged in juvenile prostitution or trafficking.

"In Our Own Backyard: Child Prostitution and Sex Trafficking in the United States," Hearing Before the Subcomm. on Human Rights and the Law of the Sen. Comm. on the Judiciary, 111th Cong. 1 (2010) (hereinafter "Hearing") at 12 (Statement of Anita Alvarez, State's Attorney, Cook County, Chicago, Illinois). Such testimony augurs for a significant term of imprisonment in this case as a deterrent to other "Wellington Browns" and other "Sheena Dumes."

Indeed, general deterrence is desperately needed in this context. Despite the concerted efforts of federal, state, and local law enforcement, child sex trafficking remains a scourge, with estimates of 100,000 children currently being trafficked in this country. *See* Hearing at 4 (Statement of Senator Ron Wyden). Estimates further indicate "that a pimp can make $200,000 a year trafficking just one victim. And, of course, the pimps traffic multiple victims at a time. So there is a huge upside, an economic bonanza for these pimps in sex trafficking. It is a multi-billion-dollar business with very little downside." *Id.*

In short, a significant term of imprisonment is necessary in this case to deter any future criminal conduct of Dume as well as to deter others from sexually exploiting minors.

C.  Mitigating Considerations

The government recognizes several mitigating considerations in this matter:

- Dume has only one prior conviction for larceny in the sixth degree, which resulted in a $250 fine.

27

- Dume's youth when she became involved with Brown and this sex trafficking enterprise.

- Dume's description of the manipulation that Brown employed against her. Indeed, she self-reported troubling acts of physical, verbal, sexual, and emotional abuse through which Brown controlled Dume during the course of their relationship.

- It is clear that before Dume became the bottom, she worked as a prostitute for Brown.

- Dume has a history of polysubstance drug abuse.

- Dume appears to be suffering from mental health issues stemming from her involvement in this sex trafficking enterprise.

- The probation officer sees "tremendous potential" for Dume "to be successful in the future." PSR ¶ 184.

Based on these and other mitigating considerations, the government does not seek a sentence within the guideline range of 210-262 months of imprisonment.

But such considerations should be balanced against the harm wrought by Dume's offense conduct, to the minor victims and to society. As summarized in the PSR, Dume

> worked with Wellington Brown to recruit several minors, who ultimately worked for Ms. Dume and Mr. Brown in prostitution. In some cases, Ms. Dume took photographs of the victims for internet prostitution advertisements and provided guidance on how to pose for the pictures and what to wear. Ms. Dume functioned as the "bottom" or "main girl" in Mr. Brown's organization, and relayed the "rules" to the minor victims. In some cases she provided condoms to the minor victims, relayed the rates they were to charge and transported them to the rented hotel rooms where the prostitution acts took place. The effect Ms. Dume's actions had on each of these minor victims is not easy to quantify, but is likely something that will follow them for the rest of their lives.

PSR ¶ 182. Having "been raised in a loving, two-parent household, where values including faith and education were paramount," PSR ¶ 183, there simply is no justification for Dume's abhorrent conduct. Dume introduced five minor victims—one of whom she specifically recruited—to the dark world of sex trafficking and she played a critical role in keeping them

there. To make matters worse, Brown and Dume then stole the prostitution proceeds from the minor victims.

## V.    <u>RESTITUTION</u>

Finally, the Court is required to order restitution in this matter. The government has conservatively calculated the prostitution proceeds earned by each of the minor victims and offset those proceeds by the amount that Brown and Dume permitted each minor victim to keep. *See United States v. Mammedov*, 304 Fed. App'x 922, 927 (2d Cir. Dec. 30, 2008) (summary order) ("[T]he express terms of 18 U.S.C. § 1593 require that the victims in this case, *i.e.*, persons who engaged in commercial sex acts within the meaning of 18 U.S.C. § 1591, receive restitution, notwithstanding that their earnings came from illegal conduct."). Accordingly, the government urges the Court to impose restitution of $18,750, owed jointly and severally with Brown, in the following amounts:

- MV-1 - $8,650

- MV-2 - $275

- MV-3 - $7,075

- MV-4 - $0

- MV-5 - $2,750.

These restitution calculations used a rate of $150 per call. The government recognizes that the rates varied by geographic location as well as the sex acts requested by the customers. At least one of the relevant backpage advertisements featured a rate as low as $60. But information from the minor victims also indicates that a "two-girl special" could cost at least $400. Moreover, a text message from Brown to MV-5 on July 23, 2013 states that the rate is $180 for 60 minutes or $150 for 30 minutes. This text message corresponds to MV-2's recollection that a

30-minute call cost $120-$180 and a 60-minute call cost more than that. Against this backdrop, the government believes that $150 per call is a conservative estimate and explains each victim's restitution calculation as follows:

For MV-1, conservatively assuming that she worked as a prostitute for Brown and Dume for approximately six weeks in June and July 2013, then she worked approximately 42 days. She recalled seeing an average of 3-4 customers per day, but on some days she saw no customers and on busy days she saw six or more customers. Conservatively using three customers per day, then MV-1 saw approximately 126 customers. At a rate of $150 per call, MV-1 earned approximately $18,900 in prostitution proceeds. Using a 50/50 split, MV-1 is owed $9,450. She recalled keeping approximately $800. With that $800 offset, MV-1 is owed $8,650 in restitution. (MV-1 estimated that she earned $10,000 in prostitution proceeds and she recalled Brown disputing that amount, instead placing her total proceeds at approximately $3,000.)

For MV-2, she recalled doing approximately 13 calls while working as a prostitute for Brown and Dume. At a rate of $150 per call, MV-2 earned $1,950 in prostitution proceeds. Using a 50/50 split, MV-2 is owed $975. She recalled keeping between $400 and $700, and certainly no more than $1,000. Using $700 as an offset, MV-2 is owed $275 in restitution. (MV-2 estimated that she earned $3,500 in prostitution proceeds.)

For MV-3, she recalled that she worked 3-4 days per week and saw approximately five customers each day. Conservatively assuming that MV-3 worked as a prostitute for Brown and Dume for approximately six weeks in June and July 2013, then she saw approximately 105 customers. At a rate of $150 per call, MV-3 earned approximately $15,750 in prostitution proceeds. Assuming a 50/50 split, MV-3 is owed $7,875. MV-3 recalled keeping $700-$800 for the entire summer. Using $800 as an offset, MV-3 is owed $7,075 in restitution. (MV-3

estimated that she, MV-1, and MV-2 together earned a little less than $20,000 in prostitution proceeds.)

For MV-4, she recalled seeing only one customer during her entire involvement with Brown and Dume. It was part of a "two-girl special" with MV-1. The customer paid $300 or $400. At the end of the night, MV-4 and MV-1 (who saw additional customers that night) were permitted to keep a total of $250. Conservatively assuming that the customer paid $300, a 50/50 split between Brown/Dume and MV-4/MV-1, and a further 50/50 split between MV-4 and MV-1, MV-4 earned approximately $75 in prostitution proceeds. The $250 payment from Brown and Dume was sufficient to cover this $75 amount. Accordingly, MV-4 is not owed any restitution.

For MV-5, a search of her phone reveals that she worked as a prostitute for Brown and Dume for five days (from July 21-25, 2013). She saw at least six customers on July 23, 2013. She recalls seeing more than ten customers per day. But conservatively using six customers per day and a rate of $150 per call, MV-5 earned $4,500 in prostitution proceeds. Assuming a 50/50 split, MV-5 is owed $2,750. MV-5 recalled that she was not permitted to keep any money and her recollection is corroborated by a text message exchange with Brown on July 23, 2013. Accordingly, MV-5 is owed $2,750 in restitution.

Indeed, at his sentencing, this Court ordered Brown to pay restitution of $18,750, broken out as enumerated above. The government respectfully submits that the same restitution order—with joint and several liability with Brown—is warranted for Dume.

## VI.   __CONCLUSION__

Based on the foregoing, the government respectfully submits that a significant term of imprisonment is warranted in this matter and seeks the restitution set forth above.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


_____/s/ David E. Novick_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv02874
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
(203) 821-3700
David.Novick@usdoj.gov

_____/s/ Marc H. Silverman_____
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv04307
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
(203) 821-3700
Marc.Silverman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on February 25, 2016, a copy of the foregoing Memorandum was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY